UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

**FREDRICK JOSEPH #587825**       **CASE NO.  2:20-CV-00529 SEC P**

**VERSUS**                        **JUDGE JAMES D. CAIN, JR.**

**ANTHONY ALLEMAND ET AL**        **MAGISTRATE JUDGE KAY**

## JUDGMENT

For the reasons stated in the Report and Recommendation [doc. 8] of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED, and DECREED** that the suit be **DISMISSED WITH PREJUDICE** under 28 U.S.C. § 1915(e)(2).

**THUS DONE AND SIGNED** in Chambers on this 14th day of October, 2020.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**